UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                           SEALED AFFIRMATION
:
    - v. -                                           S2 24 Cr. 370 (VSB)
:
KYLE ZORN,
:
               Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        SARAH MORTAZAVI hereby affirms, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

        1.    I am an Assistant United States Attorney in the office of Jay Clayton, United States Attorney for the Southern District of New York, and I am familiar with this matter. By this affirmation, the Government applies for an order of the Court directing that all the documents and filings in this action that were previously sealed by the Court on or about August 27, 2024, be unsealed and that all docket entries be made in the ordinary course, pending further order of the Court.

        2.    On or about August 27, 2024, the defendant in the above-captioned case appeared before the Court and entered a plea of guilty to Information S2 24 Cr. 370 (VSB) (the "Information"). At the time of the guilty plea, the Government requested, with the consent of defense counsel, that (1) the Information and related charging paperwork in this matter remain under seal until further order of the Court; (2) the transcript of the defendant's waiver of indictment and guilty plea be sealed until further order of the Court; and (3) that docketing of the Information, related charging paperwork, and the defendant's waiver of indictment and plea be

1

delayed until further order of the Court.

      3.      On or about August 27, 2024, the Court granted the Government's requests and the defendant pleaded guilty to the Information before Your Honor.

      4.      The compelling interests that supported the Court's granting of the Government's requested relief has now become moot because of the defendant's public testimony in the matter of *United States v. Sam Glover*, 24 Cr. 370 (VSB). Accordingly, the Government asks that the Information, the guilty plea transcript, and all related entries be unsealed and remain unsealed, and all docket entries be made in the ordinary course, pending further order of the Court.

Dated: New York, New York
      July 8, 2025

                                      ___/s/ Sarah Mortazavi_____
                                      SARAH MORTAZAVI
                                      Assistant United States Attorney
                                      Southern District of New York
                                      Tel.: (212) 637-2520

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :

UNITED STATES OF AMERICA                     SEALED AFFIRMATION

                                                       :

     - v. -                                                  S2 24 Cr. 370 (VSB)

                                                       :

KYLE ZORN,

                                                       :

              Defendant.

                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Sarah Mortazavi;

        It is found that (2) Information S2 24 Cr. 370 (the "Information") and the related charging paperwork and (2) the transcript of the defendant's August 27, 2024 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information, the guilty plea transcript, and all related filings unsealed, and delayed docketing lifted;

IT IS THEREFORE ORDERED that the Information, the guilty plea transcript, and all related entries be unsealed and remain unsealed pending further order of the Court; and

IT IS FURTHER ORDERED that the Clerk of Court make the relevant entries on the public docket.

DATED:    New York, New York
         July  8 , 2025

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK