UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED INFORMATION** |
| - v. – | **S2** 24 Cr. 370 |
| KYLE ZORN, | |
| Defendant. | |

------------------------------------- x

## COUNT ONE
**(Drug Adulteration and Misbranding Conspiracy)**

The United States Attorney charges:

1.    From at least in or about 2015 through at least in or about 2021, in the Southern District of New York and elsewhere, KYLE ZORN, the defendant, together with others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, violations of Title 21, United States Code, Sections 331(a) and 333(a)(2).

2.    It was a part and an object of the conspiracy that KYLE ZORN, the defendant, together with others known and unknown, with the intent to defraud and mislead, would and did introduce and deliver for introduction, and would and did cause the introduction and delivery for introduction, into interstate commerce, adulterated and misbranded drugs, as defined by 21 U.S.C. §§ 351(a)(5), 352(a), 352(b), 352(f), 353(f), and 360b, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

**Overt Acts**

3. In furtherance of the conspiracy and to effect the illegal object thereof, KYLE ZORN, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

    a. Between on or about October 4, 2016 through on or about October 6, 2016, ZORN exchanged text messages with another co-conspirator regarding the fraudulent prescription scheme.

    b. Between in or about April 2021 and in or about May 2021, as a result of the scheme that ZORN participated in, ZORN's employer, U.S. Compounding, Inc., fulfilled a drug order by mailing a prescription drug with no valid prescription to an address in New York, New York.

(Title 18, United States Code, Section 371.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense charged in Count One of this Information, KYLE ZORN, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461(c), any and all drugs that were adulterated and misbranded when introduced into and while in interstate commerce and while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property.

## Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission by the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 334 and 853; Title 28, United States Code, Section 2461.)

_Damian Williams_
DAMIAN WILLIAMS
United States Attorney

3