AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
| Plaintiff | ) |
| v. | ) Case No. 24 CR 370 |
| Kyle Zorn | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kyle Zorn

Date:    08/23/2024

*Lindsay K. Gerdes*
Attorney's signature

Lindsay K. Gerdes, 4581690
*Printed name and bar number*
Dinsmore & Shohl
255 East 5th St, Suite 1900
Cincinnati, OH 45202

*Address*

Lindsay.Gerdes@dinsmore.com
*E-mail address*

(513) 832-5473
*Telephone number*

*FAX number*