U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 3/25/2025
The Government is to provide the Court a status update on July 3, 2025.

**VIA EMAIL and FILED UNDER SEAL**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Kyle Zorn,* S2 24 Cr. 370 (VSB)

Dear Judge Broderick:

  The Government respectfully submits this letter to provide a status update regarding Mr. Zorn's eventual sentencing in advance of the March 27, 2025 control date set by this Court. In light of the fact that the defendant in this matter, Sam Glover, against whom Mr. Zorn is expected to testify, is still awaiting trial, the Government respectfully requests that the Court not order the preparation of a presentence report or set a sentencing date at this time. The Government instead requests that a new status update be provided to the Court on July 3, 2025, shortly after the scheduled trial of Mr. Glover.

  Given that this letter references non-public matters, specifically, the defendant's cooperation, the Government respectfully requests that the Court maintain this letter under seal pending further order of the Court.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

      By: /s/ Sarah Mortazavi
        Sarah Mortazavi
        Assistant United States Attorney
        (212) 637-2520

Cc: Defense counsel (via E-mail)