

**Lindsay K. Gerdes**
Partner
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T (513) 832-5473 · F (513) 977-8147
E Lindsay.Gerdes@dinsmore.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/12/2025

Pretrial Services is to return Mr. Zorn's passport so that he may travel to Maryland from May 15, 2025 to May 20, 2025. Mr. Zorn is to return his passport to Pretrial Services by May 23, 2025.

**VIA EMAIL and FILED UNDER SEAL** (c/o Marcos_Quintero@nysd.uscourts.gov)
The Honorable Vernon S. Brokerick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Zorn*, S2 24 CR 370 (VSB)

Dear Judge Broderick:

    The defendant Kyle Zorn respectfully submits this letter to request permission to retrieve his passport from Pretrial Services, so that he can travel to Maryland for business reasons from approximately May 15 to May 20, 2025. Mr. Zorn will return his passport to Pretrial by May 23. Mr. Zorn needs his passport for this domestic business trip because he does not have a REAL ID yet. As of earlier this month, passengers traveling domestically need to present a REAL ID or an acceptable alternative, such as a passport. Pretrial Services and the government have no objection to this request.

           Sincerely,

           Lindsay K. Gerdes

           Lindsay K. Gerdes

cc: Sarah Zorn, Assistant United States Attorney
    Francesca Tessier, U.S. Pretrial Service