

**Lindsay K. Gerdes**
Partner
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T (513) 832-5473 · F (513) 977-8147
E Lindsay.Gerdes@dinsmore.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/9/2025

September 9, 2025

**VIA EMAIL and ECF** (c/o Marcos_Quintero@nysd.uscourts.gov)
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Zorn*, S2 24 CR 370 (VSB)

Dear Judge Broderick:

The defendant Kyle Zorn respectfully submits this letter to request permission to travel to Ireland for business from approximately September 26, 2025 to October 3, 2025. To facilitate this trip, Mr. Zorn respectfully requests permission to retrieve his passport from Pretrial Services ("Pretrial") the week of September 22, 2025 and to return it to Pretrial the week of October 6, 2025. Mr. Zorn has been on pretrial release without incident since approximately August 27, 2024. Mr. Zorn was most recently before Your Honor on June 17 and 18, 2025, when he testified as a cooperating witnesses for the government in United States v. Glover, 24-CR-370 (VSB). The government takes no position on this request. Pretrial indicated it defers to the Court on international travel requests.

Sincerely,

Lindsay K. Gerdes

cc:  Sarah Mortazavi & Marguerite Colson, Assistant United States Attorneys
     Francesca Tessier, U.S. Pretrial Service