

**Lindsay K. Gerdes**
Partner
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
T (513) 832-5473 · F (513) 977-8147
E Lindsay.Gerdes@dinsmore.com

June 11, 2026

**Via ECF and Email**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.  06/12/2026

> Re:    *United States v. Kyle Zorn*
>        Criminal Dkt. No. 24-CR-370 (VSB)

Dear Judge Broderick:

On behalf of Kyle Zorn, I respectfully submit this letter requesting that the Court issue an order directing Pretrial Services ("Pretrial") to release Mr. Zorn's passport to him. On June 8, 2026, Your Honor sentenced Mr. Zorn to time served with no term of supervised release. Mr. Zorn subsequently requested the return of his passport from Pretrial; however, Pretrial advised that it requires a Court order authorizing the release of the passport. The government consents to this request.

Sincerely,

Lindsay K. Gerdes
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45022
(513) 832-5473
lindsay.gerdes@dinsmore.com

cc:    Counsel of record (by ECF)

1